UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

_Metex Enterprises, Etal_ §
§
versus § CIVIL ACTION B- __B-00-133__
§
_Hartford Fire Ins Co. etal_ §

## Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

   **January 16, 2001 at 1:45 p.m.**

   Before the Honorable Hilda G. Tagle
   United States District Judge
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520

   United States District Court
   Southern District of Texas
   FILED

   SEP 01 2000

   Michael N. Milby
   Clerk of Court

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. _See_ Rule 4(m).

4. At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. _See_ Fed R. Civ. P. Rule 26(f).

5. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file or remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY THE ORDER OF THE COURT

# United States District Court
## Southern District of Texas

**SUMMONS IN A CIVIL CASE**

United States of America

v.

CASE NUMBER: B-01-026

Donnie W. Harrison

TO: (Name and Address of Defendant)

Donnie W. Harrison
702 Champion St.
Port Isabel, TX 78578

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Weston
Bennett & Weston, P.C.
1750 Valley View Lane., Suite 120
Dallas, TX 75234

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
Clerk

Date 2-9-01

BY DEPUTY CLERK

United States District Court
Southern District of Texas
FILED

MAR 2 6 2001

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by ? | Date 3-15-2001 11:10 AM | |
| NAME OF SERVER (PRINT) DAVE C. ECKSTEIN | Title PROCESS SERVER | |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. PORT ISABEL PARK CENTER # C-37, 702 CHAMPION, PORT ISABEL, TEXAS.

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. ____

[ ] Returned unexecuted. ____

[ ] Other (specify) : ____

STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  3-15-01
            Date                Signature of Server

Ivette R. Marina

IVETTE R. MORINA
MY COMMISSION EXPIRES
March 16, 2004

204 W. FERGUSON #108, Pharr, TX
Address of Server