IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 26 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| METEX ENTERPRISES, INC., AND TEX-STEEL CORPORATION, | § § § |
| Plaintiffs, | § § |
| vs. | § § § § § § § § |
| HARTFORD FIRE INSURANCE COMPANY, AND HARTFORD UNDERWRITERS INSURANCE COMPANY, | |
| Defendants. | |

CASE NO. B-00-133

## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Hartford Fire Insurance Company and Hartford Underwriters Insurance Company file their Disclosure of Interested Parties in the above matter as follows:

1.  **Plaintiff Tex-Steel Corporation**

    a.  Metex Enterprises, Inc. (parent company of Tex-Steel Corporation)

2.  **Plaintiff Metex Enterprises, Inc.**

3.  **Defendant Hartford Underwriters Insurance Company**

    a.  Hartford Fire Insurance Company (parent company of Hartford Underwriters Insurance Company)

    b.  The Hartford Financial Services Group, Inc. (parent company of Hartford Fire Insurance Company)

    c.  The Hartford Insurance Group (parent company of The Hartford Financial Services Group, Inc.)

**DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES** – Page 1

4. **Defendant Hartford Fire Insurance Company**

   a. The Hartford Financial Services Group, Inc. (parent company of Hartford Fire Insurance Company)

   b. <u>The Hartford Insurance Group</u> (parent company of The Hartford Financial Services Group, Inc.)

Dated: September 25, 2000.

Respectfully submitted,

*Cabrales* — Signed by permission of atty-in-charge

John H. Marks, Jr.
("Attorney-in-Charge")
State Bar No. 12998000
Southern District of Texas Bar No. 12641
David G. Cabrales
State Bar No. 00787179
Southern District of Texas Bar No. 19576
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Telefax

ATTORNEYS FOR DEFEDANTS
HARTFORD FIRE INSURANCE
COMPANY AND HARTFORD
UNDERWRITERS INSURANCE
COMPANY

<u>**DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES**</u> – Page 2

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for Hartford Fire Insurance Company and Hartford Underwriters Insurance Company, certifies that on September 25, 2000, a copy of Defendants' Disclosure of Interested Parties was forwarded to by serving all counsel of record via certified mail, return receipt requested.

                                                DAVID G. CABRALES

**DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES** – Page 3
041173:00211:DALLAS:803661.1