IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| METEX ENTERPRISES, INC., AND TEX-STEEL CORPORATION, § § § | |
| Plaintiffs, § § | |
| vs. § | CASE NO. B-00-133 |
| § | |
| HARTFORD FIRE INSURANCE COMPANY, AND HARTFORD UNDERWRITERS INSURANCE COMPANY, § § § § | |
| Defendants. § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) AND PROPOSED SCHEDULING ORDER

Plaintiffs and Defendants announce to the Court that in accordance with the Court's Order Setting Conference they have conferred regarding additional deadlines for completion of pretrial matters and that they have agreed upon the following suggestions for the Court's scheduling and docketing control order:

1. **Scheduling Order.** The parties propose the following scheduling order:

   | | |
   |---|---|
   | 02/09/01 | Deadline to make initial disclosures required by Rule 26(a)(i); |
   | 04/06/01 | Deadline for filing motions to join parties; |
   | 05/18/01 | Factual discovery deadline and deadline for motions to amend pleadings; |
   | 06/15/01 | Deadline for plaintiffs to designate experts with reports; |
   | 07/13/01 | Deadline for defendants to designate experts with reports; |
   | 08/24/01 | Expert discovery deadline; |
   | 09/14/01 | Deadline to file dispositive motions and for mediation; |
   | 10/01/01 | Final pre-trial conference; |
   | 10/29/01 | Trial. |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f) AND PROPOSED SCHEDULING ORDER – Page 1**

2. **Discovery Plan.** The parties have conferred regarding a discovery plan for the case. It is difficult at this time to state with any certainty what discovery will be necessary. The parties suggest the following discovery plan:

   a. each individual plaintiff and defendant will be allowed to serve reasonable requests for production of documents to the other parties;

   b. each party will be allowed to serve no more than 50 requests for admission;

   c. each party will be allowed to serve no more than two sets of 20 interrogatories to another party;

   d. each party will be allowed to take depositions on written questions of custodians of business records for non-parties;

   e. the plaintiffs will be allowed 30 hours of deposition time; the defendants will be allowed 30 hours of deposition time (all being exclusive of depositions on written questions).

3. **Privilege Logs.** The parties have not exchanged privilege logs but propose that each party serve a privilege log on all other parties by April 16, 2001.

4. **Witnesses.** The parties anticipate that various witnesses concerning the policies at issue, the underlying accident involving John George Robledo occurring on or about September 23, 1995, the underlying lawsuit styled *John George Robledo v. Tex-Steel Corporation*, filed in the 357th Judicial District Court, Cameron County, Cause No. 97-10-6147-E (the "Underlying Lawsuit"), the Compromise Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") settling a previous case styled *Metex Enterprises, Inc. v. The Hartford Group, Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, Hartford Fire Insurance Company, The Hartford Underwriters Insurance Company, Twin Cities Fire Insurance Company and Gray Sullivan*, filed in the 357th Judicial District Court of Cameron County, Texas, Cause No. 96-04-2120-E (the "Previous Lawsuit"), and the non-renewal of the policies. Discovery in this case is in its initial stages and the parties are not able to identify specific witnesses who may be deposed or called to trial at this time.

**JOINT DISCOVERY/CASE MANAGEMENT PLAN**
**UNDER RULE 26(f) AND PROPOSED SCHEDULING ORDER – Page 2**

5. **Documents.** The parties anticipate that the following categories of documents will be relevant in this case: the policies, the Texas Workers Compensation Commission's files concerning George Robledo, the plaintiffs' personnel file concerning George Robledo, the Settlement Agreement, the discovery in the Underlying Lawsuit, the discovery in the Previous Lawsuit, documents concerning any injuries suffered by George Robledo, and documents concerning the non-renewal and/or termination of the policies.

Dated: January 2, 2001.

Respectfully submitted,

*/s/ Cabrales/*

John H. Marks, Jr.
("Attorney-in-Charge")
State Bar No. 12998000
Southern District of Texas Bar No. 12641
David G. Cabrales
State Bar No. 00787179
Southern District of Texas Bar No. 19576
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Telefax

ATTORNEYS FOR DEFENDANTS HARTFORD FIRE INSURANCE COMPANY & HARTFORD UNDERWRITERS INSURANCE COMPANY

*/s/ Thomas Sullivan/*

Thomas Sullivan
("Attorney-in-Charge")
State Bar No. 19491800
Southern District of Texas Bar No. 1221
Brin & Brin, P.C.
1205 North Expressway 83
Brownsville, Texas 78520
(956) 544-7110 Telephone
(956) 544-0607 Telefax

ATTORNEYS FOR PLAINTIFFS METEX ENTERPRISES, INC. AND TEX-STEEL CORPORATION

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f) AND PROPOSED SCHEDULING ORDER** – Page 3

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for Hartford Fire Insurance Company and Hartford Underwriters Insurance Company, certifies that on January 2, 2001, a copy of Joint Discovery/Case Management Plan Under Rule 26(f) and Proposed Scheduling Order was forwarded to by serving all counsel of record via certified mail, return receipt requested.

*/s/ Cabrales*
DAVID G. CABRALES

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f) AND PROPOSED SCHEDULING ORDER - Page 4**
041173:00211 : DALLAS : 841203.1

JAN-02-2001  00:39         2147408800         92%     ** TOTAL PAGE.05 **
                                                              P.05