5

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
JAN 16 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Koerner   ■ Fajardo |
| DATE | 01 — 16 — 01 |
| TIME | 2:50 p.m. — 3:05 p.m. |
| CIVIL ACTION | B — 00 — 133 |
| STYLE | Metex Enterprises & Tex-Steel Corporation *versus* Hartford Fire Insurance & Hartford Underwriters |

DOCKET ENTRY
(HGT)  ☑ Hearing; *IPTC*  ____ day  ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record )

Thomas Sullivan _____ for  ■ Ptf. # _____  ☐ Deft. # _____
David Cabrales _____ for  ☐ Ptf. # _____  ■ Deft. # _____
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.

☐  Evidence taken [exhibits or testimony].

☐  Argument heard on:   ☐ all pending motions;   ☐ these topics:

■  Comments:

D claims a prior settlement agreement was reached w/Tex-Steel and governs this action. If this is so, the parties will have this information for the Court by the time their initial disclosures are due on Feb. 9.

The Court warned the parties that they must figure out who the proper parties are to be sued.

A scheduling order to be entered.