6

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

METEX ENTERPRISE, INC, et al §
§
versus § CIVIL ACTION B- 00-133
§
HARTFORD FIRE INSURANCE §
§

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.     ☐ Bench    ☒ Jury

2. New parties must be joined by:   __4/6/01__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __6/15/01__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.   __7/13/01__

5. Discovery must be completed by:   __8/24/01__ ~~7/13/01~~

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

************************   The court will provide these dates.   ************************

6. Dispositive Motions will be filed by:   __9-14-01__

7. Joint pretrial order is due:   __11-16-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __12-6-01__

9. Jury Selection is set for 9:00 a.m. on:   __12-10-01__

The case will remain on standby until tried.

Signed __January 18__, 200_1_, at Brownsville, Texas.

                                            Hilda Tagle
                                            ―――――――――――――――――
                                            Hilda G. Tagle
                                            United States District Judge

*Counsel, please sign on the back.*

Scheduling Order--Page Two

_____Deborah_____
Counsel for Hartford Fire
Ins. Co. and Hartford
Underwriters Ins. Co.

_____Thomas Sullivan_____
Counsel for Heller Bayou Prises, Inc
& ISC Steel Corporation

Counsel for_____

Counsel for_____

Counsel for_____

Counsel for_____