IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TEX-STEEL, INC. and METEX ENTERPRISES, INC. | § § § | |
| VS. | § § | |
| HARTFORD FIRE INSURANCE COMPANY AND HARTFORD UNDERWRITERS INSURANCE COMPANY | § § § § | CASE NO. B-00-133 |

United States District Court
Southern District of Texas
FILED

FEB 0 5 2001

Michael N. Milby
Clerk of Court

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas Sullivan, attorney for Tex-Steel Corporation, Inc. and Metex Enterprises, Inc. and makes this, his Notice of Change of Address and for cause thereof would show the Court as follows:

I.

Thomas Sullivan of Brin and Brin, P.C. notifies the Court and all counsel of his office's change of address and requests that all correspondence be sent to the new address indicated below:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78521
(956) 544-7110
(956) 544-0607 (fax)

WHEREFORE, PREMISES CONSIDERED, Plaintiff Tex-Steel Corporation, Inc. and Metex Enterprises, Inc. move that the Court and all counsel take notice of this.

TEX-STEEL/HARTFORD: CHAG-ADD
PAGE 1

Respectfully submitted,

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

By: /s/ Thomas Sullivan
Thomas Sullivan
Federal ID No. 1227
State Bar No. 19491800
ATTORNEY FOR PLAINTIFFS
TEX-STEEL, INC. AND METEX
ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the __2nd__ day of February, 2001

Mr. David Cabrales                   **VIA CM/RRR # 7000 0520 0022 1414 2574**
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Mr. Brendan Hall                     **VIA REGULAR MAIL**
1211 E. Polk
P.O. Box 2725
Harlingen, Texas 78550

/s/ Thomas Sullivan
Thomas Sullivan

TEX-STEEL/HARTFORD: CHAG-ADD
PAGE 2