United States District Court
Southern District of Texas
FILED

JUN 1 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| METEX ENTERPRISES, INC., and TEX-STEEL CORPORATION, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. B-00-133 |
| HARTFORD FIRE INSURANCE COMPANY AND HARTFORD UNDERWRITERS INSURANCE COMPANY, | § § § § | |
| Defendants. | § | |

**DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE HARTFORD CASUALTY COMPANY FOR DEFENDANT HARTFORD FIRE INSURANCE COMPANY AND UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY**

Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company file this Unopposed Motion to Substitute Hartford Casualty Company for Defendant Hartford Fire Insurance Company and Unopposed Motion to Dismiss With Prejudice Defendant Hartford Underwriters Insurance Company, and would show the Court as follows:

A.  **Unopposed Motion to Substitute Hartford Casualty Company for Defendant Hartford Fire Insurance Company**

Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company move to substitute Hartford Casualty Company ("Hartford Casualty") for Defendant Hartford Fire Insurance Company ("Hartford Fire"). Hartford Fire was erroneously named as a defendant in this lawsuit instead of Hartford Casualty. At issue in this lawsuit is liability insurance policy number 65 UUN LY4021 (the "Liability Policy"). It was Hartford Casualty,

not Hartford Fire, that issued the Liability Policy. Hartford Fire does not have and has never had any responsibility for the Liability Policy. Plaintiffs' suit is related solely to liability under the Liability Policy, and plaintiffs agree that Hartford Casualty, not Hartford Fire, is the proper Hartford defendant. Therefore, Defendants respectfully request that Hartford Casualty Company be substituted for Hartford Fire Insurance Company as a Defendant in this case.

B.   **Unopposed Motion to Dismiss all Claims Against Defendant Hartford Underwriters Insurance Company**

Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company further move pursuant to Rule 41 of the Federal Rules of Civil Procedure to dismiss with prejudice the Plaintiffs' claims against Defendant Hartford Underwriters Insurance Company ("Hartford Underwriters"). Plaintiffs are seeking recovery solely based on potential liability arising out of the Liability Policy issued by Hartford Casualty. Hartford Underwriters does not have and has never had any responsibility for the Liability Policy. Hartford Underwriters did issue a Workers' Compensation insurance policy number 65 WE ER8038 (the "Workers' Compensation Policy"), but that policy terminated on September 15, 1995 – at least one week prior to the accident giving rise to the claim at issue. The Plaintiffs have conceded that the Workers' Compensation Policy did indeed terminate on September 15, 1995. Therefore, because the Workers' Compensation Policy -- and thereby Hartford Underwriters -- are no longer at issue in this lawsuit, Defendants respectfully request that Plaintiffs' claims against Hartford Underwriters be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company respectfully request that this Unopposed

Motion to Substitute Hartford Casualty Company for Defendant Hartford Fire Insurance Company and Unopposed Motion to Dismiss all Claims Against Defendant Hartford Underwriters Insurance Company be granted; that Hartford Casualty Company be substituted for Hartford Fire Insurance Company as a Defendant in this lawsuit; that all claims against Defendant Hartford Underwriters Insurance Company be dismissed with prejudice; and that the Court grant all other relief to which Defendants may be entitled.

Respectfully submitted,

_____
John H. Marks, Jr.
("Attorney-in-charge")
Texas Bar No. 12998000
Southern District of Texas Bar No. 12641
David G. Cabrales
Texas Bar No. 00787179
Southern District of Texas Bar No. 19576
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214)740-8000  Telephone
(214)740-8800 Facsimile

ATTORNEYS FOR DEFENDANTS
HARTFORD FIRE INSURANCE
COMPANY AND HARTFORD
UNDERWRITERS INSURANCE
COMPANY

## CERTIFICATE OF CONFERENCE

On June 11, 2001, I conferred with Thomas Sullivan, counsel for Plaintiffs regarding the substance of this Motion. Mr. Sullivan advised Plaintiff's are not opposed to the relief being requested by this Motion.

_____
DAVID G. CABRALES

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for Hartford Fire Insurance Company and Hartford Underwriters Insurance Company, certifies that on June 12, 2001, a copy of the foregoing document was forwarded to counsel for Plaintiffs via certified mail, return receipt requested.

_____
DAVID G. CABRALES

**DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE HARTFORD CASUALTY COMPANY FOR DEFENDANT HARTFORD FIRE INSURANCE COMPANY AND UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY**   Page 4

041173:00211 : DALLAS · 908814.1