IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TEX-STEEL, INC. and METEX ENTERPRISES, INC. | § § § |
| VS. | § § |
| HARTFORD FIRE INSURANCE COMPANY AND HARTFORD UNDERWRITERS INSURANCE COMPANY | § § § § § |

CASE NO. B-00-133

### PLAINTIFFS TEX-STEEL, INC. AND METEX ENTERPRISES, INC.'S DESIGNATION OF EXPERT WITNESS

TO:   Defendants Hartford Fire Insurance Co. and Hartford Underwriters Insurance Co., by and through their attorney of record:

Mr. David Cabrales
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

COMES NOW, Plaintiffs Tex-Steel, Inc. and Metex Enterprises, Inc., make these expert disclosures.

### A.   IDENTITY OF EXPERTS

1.   The following persons may be used at trial to present evidence under Rules 702, 703 or 705 F.R.C.P.

   a)   Thomas Sullivan
        Brin & Brin, P.C.
        1325 Palm Blvd., Suite A
        Brownsville, Texas 78520
        (956) 544-7110

    b)    Ted Marules, Sr.
   Texas Claims & Consulting Co.
   8318 Bunker Bend
   Humble, Texas 77346
   (281) 852-1297

2. The following persons are those whom the Plaintiff has retained and provide expert testimony.

   a) Thomas Sullivan - attorney

   b) Ted Marules - Bad Faith Insurance Claims Consultant

3. For each expert, Plaintiffs attach the following:

   a) A report, prepared and signed by the expert in compliance with Rule 26(a)(2)(b);

   b) a complete statement of all opinions to be expressed - the bases and reasons for them;

   c) data and other information considered in forming the opinions;

   d) description of exhibits to be used as a summary or in support of those opinions;

   e) a curriculum vitae, resume or other listing of the expert's qualifications;

   f) a list of all publications authored by the expert within the last 10 years; and

   g) a list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years.

4. Each expert will be compensated as follows:

   a) Mr. Sullivan $150.00 per hour.

   b) Mr. Marules. Please see the attached scheduled of fees. These fees are on going. It is anticipated there will be addition time for deposition and trial. No commutative billing has been prepared.

Respectfully submitted,

By: /s/ Thomas Sullivan
Thomas Sullivan
Federal ID No. 1227
State Bar No. 19491800
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR PLAINTIFF
VALLEY REGIONAL MEDICAL CENTER
AND THIRD PARTY DEFENDANT
COLUMBIA HCA HEALTHCARE
CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the __15th__ day of June, 2001.

Mr. David Cabrales                    **VIA CM/RRR # 7000 1670 0001 2716 1355**
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Mr. Brendan Hall                      **VIA REGULAR MAIL**
1211 E. Polk
P.O. Box 2725
Harlingen, Texas 78550

/s/ Thomas Sullivan
Thomas Sullivan

TEX-STEEL/HARTFORD: DES-EXPT
PAGE 3