*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| METEX ENTERPRISES, INC., AND §<br>TEX-STEEL CORPORATION, §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>HARTFORD FIRE INSURANCE §<br>COMPANY, AND HARTFORD §<br>UNDERWRITERS INSURANCE COMPANY, §<br>§<br>Defendants. § | CASE NO. B-00-133 |

## JOINT MOTION TO EXTEND DEADLINES
## AND FOR CONTINUANCE

Plaintiff Metex Enterprises, Inc. and Tex-Steel Corporation (collectively referred to as "Tex-Steel"), and Defendant Hartford Casualty Company ("Hartford")[1] file this Joint Motion to Extend Deadlines and for Continuance as follows:

I.

Tex-Steel is a Defendant in a tort action filed against it by John George Robledo -- a former employee of Tex-Steel -- which is pending in State Court in Cameron County (the "Robledo Lawsuit"). Tex-Steel requested that Hartford defend and/or provide it coverage for the claims alleged in the Robledo Lawsuit pursuant to a liability policy issued to Tex-Steel (the "Policy"). Hartford denied Tex-Steel's request.

As a result of Hartford's denial, Tex-Steel initiated this Action. Subsequent to the filing of this Action, Tex-Steel entered into extensive negotiations with Robledo regarding the settlement of his claims. Tex-Steel is optimistic that it will reach a settlement with Robledo in

---

[1] On June 13, 2001, the Hartford Defendants entered an unopposed motion to have Hartford Underwriter's Insurance Company dismissed with prejudice, and to substitute Hartford Casualty Company in place of Defendant Hartford Fire Insurance Company.

**JOINT MOTION TO EXTEND DEADLINES AND FOR CONTINUANCE – PAGE 1**

the next sixty (60) days. In the event Robledo's claims are settled, Tex-Steel and Hartford are optimistic that a resolution of the claims asserted in this Action may also be possible. Accordingly, counsel for Tex-Steel and for Hartford plan to hold either a mediation or an informal settlement conference after the Robledo claims are settled, or possibly in conjunction with a mediation in the Robledo Lawsuit, in an effort to settle this Action.

This Court has issued a Scheduling Order which contains the following remaining deadlines:

| | | |
|---|---|---|
| 1. | Deadline for Defendant to designate experts and provide reports. | July 13, 2001 |
| 2. | Discovery Completion Date: | August 24, 2001 |
| 3. | Deadline to file dispositive motions: | September 14, 2001 |
| 4. | Joint Pre-Trial Order due: | November 16, 2001 |
| 5. | Docket call and pre-trial conference: | December 6, 2001 |
| 6. | Jury Selection: | December 10, 2001 |

In order to provide parties ample time to pursue a mediation or informal settlement conference within the next sixty (60) days, and to provide the parties ample time to meet deadlines in this Action in the event a settlement is not reached, Tex-Steel and Hartford respectfully request a short extension of approximately 90 days of each of the upcoming deadlines, as well as a short continuance of the trial date and related deadlines to a date at least 90 days from the current dates. In the event the parties determine mediation is appropriate, they are confident they will be able to agree on a mediator, and will at a later date file a joint motion for referral to mediation and to appoint an agreed-upon mediator. This continuance is sought not for the purpose of delay, but only so that justice may be served.

**JOINT MOTION TO EXTEND DEADLINES AND FOR CONTINUANCE – PAGE 2**

## CONCLUSION

Accordingly, Plaintiffs Metex Enterprises, Inc., and Tex-Steel Corporation, and Defendant Hartford Casualty Company, jointly request that this Court enter the attached proposed Order, extending all of the upcoming deadlines by approximately ninety (90) days, and that this Court continue the trial date and all related deadlines at least 90 days from the current dates.

Respectfully submitted,

BRIN & BRIN, P.C.

By: *Tom Sullivan* (signed by permission DC)
Thomas Sullivan
Federal ID No. 1227
State Bar No. 19391800
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEY FOR PLAINTIFFS
METEX ENTERPRISES, INC. AND
TEX-STEEL CORPORATION

By: *[signature]*
John H. Marks, Jr.
("Attorney-in-Charge")
State Bar No. 12998000
Southern District of Texas Bar No. 12641

**JOINT MOTION TO EXTEND DEADLINES AND FOR CONTINUANCE – PAGE 3**

<u>Of Counsel</u>: David G. Cabrales
State Bar No. 00787179
Southern District of Texas Bar No. 19576
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (telecopy)

ATTORNEYS FOR DEFEDANT
HARTFORD CASUALTY COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel for Metex Enterprises, Inc. and Tex-Steel Corporation, Thomas Sullivan, Brin & Brin, P.C., 1325 Palm Blvd., Suite A, Brownsville, Texas 78521, via certified mail, return receipt requested this 3rd day of ~~June~~ July, 2001.

DAVID G. CABRALES

**JOINT MOTION TO EXTEND DEADLINES AND FOR CONTINUANCE – PAGE 4**

041173:00211 : DALLAS : 918617.1