*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Metex Enterprises, Inc., et al., | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-133 |
| Hartford Fire Insurance Company, et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 6, 2001, the Court **GRANTED IN PART** and **DENIED IN PART** the Joint Motion to Extend Deadline and for Continuance [Dkt. No. 10]. The Court will extend the deadline to file dispositive motions from September 14, 2001 to September 28, 2001. However, all other deadlines, including the deadline to designate experts, to complete discovery, to file a joint pre-trial order, to attend docket call, and to select a jury will remain as scheduled as outlined in the Scheduling Order [Dkt. No. 6].

DONE at Brownsville, Texas, this 6th day of July 2001.

Hilda G. Tagle
United States District Judge