12

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| METEX ENTERPRISES, INC., AND TEX-STEEL CORPORATION, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. B-00-133 |
| HARTFORD FIRE INSURANCE COMPANY, AND HARTFORD UNDERWRITERS INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Metex Enterprises, Inc. and Tex-Steel Corporation, and Defendants Hartford Insurance Company and Hartford Underwriters Insurance Company (the "Hartford Defendants") file this Joint Stipulation of Dismissal with Prejudice as follows:

Plaintiffs and Hartford Defendants have settled this dispute in its entirety. Accordingly, pursuant to Federal Rule of Civil Procedure 41, the Parties jointly request that the Court enter the attached Agreed Order of Dismissal with Prejudice, dismissing with prejudice all claims which Plaintiffs have asserted or could have asserted in this Action. The Parties further request that all taxable costs and expenses be borne by the party incurring same.

Respectfully submitted,

By: /s/ Thomas Sullivan
Thomas Sullivan
Federal ID No. 1227
State Bar No. 19391800
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEY FOR PLAINTIFFS
METEX ENTERPRISES, INC.,
AND TEX-STEEL CORPORATION

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – PAGE 1

By: _____
JOHN H. MARKS, JR.
State Bar No. 12998000
DAVID G. CABRALES
State Bar No. 00787179
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopy)

ATTORNEYS FOR DEFENDANTS
HARTFORD FIRE INSURANCE COMPANY
AND HARTFORD UNDERWRITERS
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been sent to counsel for Defendants, David G. Cabrales, Locke Liddell & Sapp, LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776 via certified mail, return receipt requested this 28th day of Sept, 2001.

_____
Thomas Sullivan

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – PAGE 2**
041173:00211 : DALLAS : 953697.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| METEX ENTERPRISES, INC., AND | § | |
| TEX-STEEL CORPORATION, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CASE NO. B-00-133 |
| | § | |
| HARTFORD FIRE INSURANCE | § | |
| COMPANY, AND HARTFORD | § | |
| UNDERWRITERS INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date the Court considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs Metex Enterprises, Inc. and Tex-Steel Corporation, and Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company, advising this Court that the parties have settled this dispute in its entirety.

It is therefore ORDERED, ADJUDGED and DECREED that all claims which have been asserted or which could have been asserted in this action by Plaintiffs Metex Enterprises, Inc. and Tex-Steel Corporation, against Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company, shall be dismissed with prejudice to the refiling of same. All taxable costs and fees in this Action shall be borne by the party incurring same.

DATED: _____, 2001.


_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

AGREED ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1

**AGREED:**

_____
**Thomas Sullivan**

ATTORNEY FOR PLAINTIFFS
METEX ENTERPRISES, INC.
AND TEX-STEEL CORPORATION

_____
**David G. Cabrales**

ATTORNEY FOR DEFENDANTS
HARTFORD FIRE INSURANCE COMPANY
AND HARTFORD UNDERWRITERS
INSURANCE COMPANY

**AGREED ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2**
041173:00211 : DALLAS : 953744.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| METEX ENTERPRISES, INC., AND | § | |
| TEX-STEEL CORPORATION, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CASE NO. B-00-133 |
| | § | |
| HARTFORD FIRE INSURANCE | § | |
| COMPANY, AND HARTFORD | § | |
| UNDERWRITERS INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date the Court considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiffs Metex Enterprises, Inc. and Tex-Steel Corporation, and Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company, advising this Court that the parties have settled this dispute in its entirety.

It is therefore ORDERED, ADJUDGED and DECREED that all claims which have been asserted or which could have been asserted in this action by Plaintiffs Metex Enterprises, Inc. and Tex-Steel Corporation, against Defendants Hartford Fire Insurance Company and Hartford Underwriters Insurance Company, shall be dismissed with prejudice to the refiling of same. All taxable costs and fees in this Action shall be borne by the party incurring same.

DATED: _____, 2001.

 

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

**AGREED ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1**

ClibPDF - www.fastio.com