1.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Metex Enterprises, Inc., et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-133 |
| § | |
| Hartford Fire Insurance Company, et al., § | |
| § | |
| Defendants. § | |

## Final Order of Dismissal

BE IT REMEMBERED that on October 4, 2001, the Court considered the Parties' Joint Stipulation of Dismissal with Prejudice [Dkt. No. 12].

1.   The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2.   The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 4th day of October 2001.

_____
Hilda G. Tagle
United States District Judge